This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41310**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.

**ORLONDO NAJARRO,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**Steven Blankinship, District Court Judge**

Raúl Torrez, Attorney General
Felicity Strachan, Assistant Solicitor General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Caitlin C.M. Smith, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**HENDERSON, Judge.**

**{1}** This matter was submitted to this Court on Defendant's brief in chief pursuant to the Administrative Order for Appeals in Criminal Cases from the Second, Eleventh, and Twelfth Judicial District Courts in *In re Pilot Project for Criminal Appeals*, No. 2022-002, effective November 1, 2022. Following consideration of the brief in chief, this Court assigned this matter to Track 2 for additional briefing. Now having considered the brief in chief, answer brief, and reply brief, we reverse in part and remand for resentencing.

{2}     Defendant argues that his convictions for shooting at or from a motor vehicle, contrary to NMSA 1978, Section 30-3-8(B) (1993), and aggravated battery with a deadly weapon, contrary to NMSA 1978, Section 30-3-5(C) (1969), constitute double jeopardy. [BIC 4; 2 RP 261-66] The State responded in its answer brief and agrees with Defendant's analysis, conceding that Defendant's convictions violate double jeopardy. [AB 1, 6-7] While this Court is not bound by such a concession, having reviewed the facts here and in accordance with *State v. Montoya*, 2013-NMSC-020, ¶¶ 28-54, 306 P.3d 426, and its progeny, we agree with the parties that these two convictions violate double jeopardy. Accordingly, we reverse the sentence imposed and remand for resentencing with instructions to the district court to vacate Defendant's conviction for shooting at a motor vehicle, as the conviction carrying the shorter sentence. *Id.* ¶¶ 55-56. [BIC 14, AB 7]

{3}     **IT IS SO ORDERED.**

**SHAMMARA H. HENDERSON, Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**ZACHARY A. IVES, Judge**